In re WOOD et al. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of the application of Oscar C. Wood and others for a special town meeting of the electors of the town of Randolph. No opinion. Appeal dismissed. Held, that the order is not appealable.

WOODFORD et al., Respondents, v. BRINKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Henry E. Woodford and another against John M. Brinker and the Niagara Falls & Lewiston Railroad Company.

PER CURIAM. Order appealed from modified, by striking out the words, "That the judgment herein be modified, so as to provide that," in lines 4 and 5 of folio 155 of the printed case, and by adding at the end of the order the words, "Until the further order of the court," and, as thus modified, affirmed, without costs of the appeal to either party. See 63 N. Y. Supp. 884.

WOODHEAD et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Jonas Woodhead and another against Addison R. Smith. No opinion. Judgment of the county court affirmed, with costs.

In re WOODWARD. (Supreme Court, Appellate Division, First Department. March 23, 1900.) In the matter of Frances M. Woodward. No opinion. Motion denied.

In re WOODY. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) In the matter of the application of Charles L. Woody for admission to practice as an attorney and counselor at law. No opinion. Application granted.

WORTHINGTON v. LONDON GUARANTEE & ACCIDENT CO. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by Amasa Worthington against the London Guarantee & Accident Company. No opinion. Motion for leave to go to court of appeals granted. See 62 N. Y. Supp. 591.

XIQUES, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by José F. J. Xiques against Jeremiah C. Lyons. J. Larkin, for appellant. H. M. Hitchings, for respondent. No opinion. Judgment and order affirmed, with costs.

ZEISER, Respondent, v. COHN, Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by John Zeiser against Jacob Cohn. No opinion. Order affirmed, with $10 costs and disbursements.

ZELIPH, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by James Zeliph against Egbert Z. Smith and Alonozo E. Smith. No opinion. Order affirmed by default.

END OF CASES IN VOL. 63